AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

Godfrey Tandoh

**WARRANT FOR ARREST**

CASE NUMBER: 04mj6885

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Godfrey Tandoh_
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to possess with intent to distribute cocaine and marijuana, within 1000 feet of a school

in violation of
Title _21;18_ United States Code, Section(s) _841(a)(1); 846; 860;922(g);924(c)_

KENNETH P. NEIMAN
Name of Issuing Officer

MAGISTRATE JUDGE
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

December 15, 2004 Springfield, MA
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Hampden County Correctional Center, Ludlow MA

DATE RECEIVED
12-15-04

DATE OF ARREST
1-7-05

NAME AND TITLE OF ARRESTING OFFICER
JAMES MARTIN
Special Agent, ATF

SIGNATURE OF ARRESTING OFFICER
_[signature]_
JAMES MARTIN ATF

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Godfrey K. Tandoh, Jr.

ALIAS: Gregory Johnson, Gee Tandoh

LAST KNOWN RESIDENCE: 91 Braddock Street, Springfield, MA

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: Springfield, MA

DATE OF BIRTH (4 digit year): 00-00-1982

SOCIAL SECURITY NUMBER (last 4 digits only): _____

HEIGHT: 5'10"         WEIGHT: 180

SEX: Male             RACE: Black

HAIR: Black           EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: SC R arm (burn mark forearm), SC L arm ("DSP" Bullet) SC Abdomen (large vertical scar). Tatoo L shoulder (bible w/May Glaze), Tatoo LF arm (Dazir with wings), Tatoo RF Arm, two gravestones, Tatoo RF arm (pook bear back)

FBI NUMBER: 665779 NB3

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____