UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30003-MAP |
| ) | |
| GODFREY TANDOW and STANLEY ) | |
| MIMMS, ) | |
| Defendants ) | |

STATUS REPORT
March 28, 2005

NEIMAN, U.S.M.J.

The court held an initial Status Conference on March 25, 2005 pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a final Status Conference for May 6, 2005.

3. The parties -- and the court -- have agreed and determined that no time has run on the Speedy Trial Clock through March 25, 2005. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge