UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                         ) | No. 05-30003-MAP |
| ) | |
| GODFREY TANDOH          ) | |

MOTION TO BRING FORWARD FOR BAIL HEARING

Now comes the defendant and respectfully requests this Honorable Court allow him to be heard on the issue of release. As grounds for this request the defendant states he has been detained without prejudice. The defendant reserved his right to request this court review his circumstances relative to a release on conditions.

THE DEFENDANT

BY: _____
Mark G. Mastroianni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this ___ day of April, 2005.

_____
Mark G. Mastroianni