UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

    **V.**

**Godfrey Tandoh**                   **CASE NO. CR 05-30003**

<u>**NOTICE OF HEARING**</u>

PLEASE TAKE NOTICE that the above-entitled case has been RESET for A CHANGE OF PLEA HEARING on January 6, 2006 at 11:00 A.M. before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

                                               SARAH THORNTON
                                               CLERK OF COURT

__12/27/05__                              By: <u>/s/ Elizabeth A. French</u>
    Date                                         Deputy Clerk

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                                    [kntchrgcnf.]
                                                                             [ntchrgcnf.]