UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-30003-MAP |
| ) | |
| ) | 21 U.S.C. § 851(a)(1)- |
| v.   ) | (Sentence Enhancement for |
| ) | Prior Drug Conviction) |
| ) | |
| ) | |
| GODFREY TANDOH,   ) | |
| Defendant.  ) | |

INFORMATION

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Kevin O'Regan, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon previous felony drug convictions of the Defendant Godfrey Tandoh to increase the punishment that may be imposed by this Court upon Defendant Tandoh's conviction for the drug offenses alleged in Counts One and Two of the Indictment in the above-captioned matter.

The prior felony convictions upon which the Government intends to rely regarding Godfrey Tandoh are the following: 1)Possession with Intent to Distribute a Class D Controlled Substance (cocaine); Docket Number 23CR5013, entered on September 25, 2000, in Springfield District Court, Springfield, Massachusetts.

1

A certified copy of the convictions have been ordered and will be maintained by the undersigned attorney for the government when received.

Filed this 29 day of December, 2005.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney


        /s/ Kevin O'Regan
        KEVIN O'REGAN
        Assistant U.S. Attorney
        Chief, Springfield
        Branch Office

CERTIFICATE OF SERVICE

Hampden, ss.                                Springfield, Massachusetts
                                            December 29, 2005

    I, Kevin O'Regan, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to all counsel of record.

                                            /s/ Kevin O'Regan
                                            Kevin O'Regan
                                            Assistant United States Attorney