UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO.   05-30003-MAP |
| | ) |
| GODFREY TANDOH | ) |

**MOTION TO CONTINUE**

Now comes the defendant and respectfully requests this Honorable Court continue the Sentencing Hearing scheduled for July 27, 2006.

As grounds for this request counsel states he is currently on trial in Hampden County Superior Court on the matter of Commonwealth v. Moran, Docket #06-135.

Counsel for the defendant has conferred with AUSA Paul Smyth who assents to this motion.

See attached Protective Order.

Respectfully submitted,

THE DEFENDANT

BY: /s/ Mark G. Mastroianni
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to Assistant United States Attorney Paul Smyth, 1550 Main Street, Springfield, MA 01103 this 26 day of July 2006.

/s/ Mark G. Mastroianni

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.  SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
NO. 06-135

COMMONWEALTH )
)
v. )
)
TRAVIS MORAN )

**PROTECTIVE ORDER**

HAMPDEN COUNTY
SUPERIOR COURT
FILED
JUL 25 2006
CLERK-MAGISTRATE

By order of the Honorable Judge Peter Velis, Hampden County Superior Court, Attorney Mark G. Mastroianni is ordered held on trial in the Hampden County Superior Court in the above entitled matter. The trial is scheduled to begin 7/26/06 and is likely to conclude on or about 8/31/06.

Possible breaks in the trial may occur, particularly on 7/28/06, otherwise Attorney Mastroianni is ordered to remain present to conduct the trial so that this matter will take precedent over all other matters he has scheduled.

_____
Honorable Peter Velis

_7/25/06_____
Date

7-25 06